## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| JONATHAN F. DUPREE, | ) |
| | ) |
| | ) |
| **Plaintiffs** | ) |
| | ) |
| **v.** | ) |
| | )    **Case No.** |
| REALTY RESOURCES | ) |
| MANAGEMENT, LLC, et al., | ) |
| | ) |
| | ) |
| **Defendants** | ) |

## NOTICE OF REMOVAL

Defendants Realty Resources Management, LLC ("Realty") and Silverwood Court Associates, LP ("Silverwood") hereby remove the above captioned action, Docket No. PENSC-CIV-2026-00101, currently pending in Maine Superior Court, Penobscot County, to the United States District Court for the District of Maine. Removal is based on federal question jurisdiction pursuant to 28 U.S.C. § 1331 and is authorized by 28 U.S.C. §§ 1441 and 1446. As grounds for removal, the Defendant states as follows:

1.      Plaintiffs filed their Complaint in the Cumberland County Superior Court on or about June 26, 2026.  Defendants Realty Resources Management, LLC and Silverwood Court Associates, LP accepted service on July 17, 2026.

2.      Defendant East Millinocket Housing Corporation ("East Millinocket") has not been served, nor is it anticipated that East Millinocket will ever be served in this action given that Plaintiff's pending Motion to Amend Complaint seeks to remove East Millinocket as a defendant, representing that it was erroneously named as a defendant.

3.      The Complaint alleges, among other things, claims against Realty and Silverwood for alleged violations of Section 504 of the Rehabilitation Act, 29 U.S.C. § 794, and the Fair Housing Act, 42 U.S.C. §§ 3604, 3617.

4.      This Court therefore has original jurisdiction over this action under the provisions of 28 U.S.C. § 1331.

5.      This action may therefore be removed pursuant to 28 U.S.C. § 1441.

6.      In accordance with 28 U.S.C. § 1446(d), Defendants are filing a copy of this Notice of Removal with the Maine Superior Court, Penobscot County and are sending a copy to Plaintiff's counsel.

7.      Defendants have requested from the Penobscot County Superior Court a duplicate record of every action taken in this matter and will file it upon receipt.

Dated: July 22, 2026

*/s/ Susan Weidner*
Susan M. Weidner

Attorney for Defendants Realty Resources Management, LLC and Silverwood Court Associates, LP.

Drummond Woodsum
84 Marginal Way, Suite 600
Portland, ME  04101-2480
Telephone (207) 772-1941
Facsimile (207) 772-3627
sweidner@dwmlaw.com