JONATHAN F. DUPREE,

Plaintiff,

v.

REALTY RESOURCES MANAGEMENT
LLC, *et al*,

Defendants.

Case No. 1:26-cv-00374-JAW

# AFFIDAVIT OF ATTORNEY MICHAEL SPALDING IN SUPPORT OF MOTION TO WITHDRAW

Michael Spalding, being duly sworn, says:

1. I am over 18 years of age, of sound mind and otherwise competent to make this Affidavit. The evidence set out in the foregoing Affidavit is based on my personal knowledge.

2. I am the Fair Housing Enforcement Attorney at Pine Tree Legal Assistance, Inc., and we represent the Plaintiff in this matter. I submit this Affidavit in support of Plaintiff's Motion to Withdraw as Counsel.

3. There are irreconcilable disputes and conflicts between counsel and Plaintiff that implicate ME R RPC Rules 1.2(a), 1.4(a)(4), 1.16(b)(4), (5), (6), and (7).

4. I believe these disputes are sufficient cause for withdrawal.

5. Plaintiff's last known address is 2 Oak Street, #41, East Millinocket, Maine 04430.

6. Defendants' counsel has represented to me that they do not have a position on this motion.

Dated: 7/23/2026

/s/ Michael Spalding

—————————————————
Michael Spalding